

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00851-CV

**EX PARTE** Marco Antonio **FERRER**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On December 8, 2014, relator filed a pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 10th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009EM501349, styled *In the Interest of M.F.F., A Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Eric Rodriguez presiding.